IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KRISTINE ANN COLEMAN, | 3:10-CV-6357-JE |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

Based on the Court's Opinion and Order (#22) issued March 30, 2012, the Court hereby **REMANDS** this matter to the Commissioner for further administrative proceedings.

DATED this 30th day of March, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND