IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KRISTINE ANN COLEMAN,                          3:10-CV-6357-JE

       Plaintiff,                              JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.

Based on the Court's Opinion and Order (#22) issued March 30, 2012, the Court hereby **REMANDS** this matter to the Commissioner for further administrative proceedings.

DATED this 30th day of March, 2012.

                                                             */s/ Anna J. Brown*
                                                     ANNA J. BROWN
                                                     United States District Judge

1 - JUDGMENT OF REMAND